UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. O'CONNELL, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV1608 JCH |
| ) | |
| A-OKAY PLUMBING COMPANY, ) | |
| INCORPORATED, et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Default Judgment, filed April 5, 2007. (Doc. No. 9). By way of background, Plaintiffs filed their Complaint pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA") on November 2, 2006. (Doc. No. 1). Plaintiffs served the Complaint on Defendants on November 14, 2006. (Doc. Nos. 3, 4, 5). When Defendants failed to answer or otherwise appear, Plaintiffs requested that the Clerk of Court enter default on April 12, 2007. (Doc. No. 11). The Clerk of Court entered default against Defendants A-Okay Plumbing Company, Incorporated, John Aholt, and Donna Aholt, on April 13, 2007. (Doc. No. 12).

As stated above, Plaintiffs filed their Motion for Default Judgment on April 5, 2007. (Doc. No. 9). Upon consideration, the Court will grant Plaintiffs' Motion for Default Judgment, and award damages as follows: (1) $16,008.74 in unpaid contributions; (2) $443.00 for attorney's fees; and (3) $411.30 for court costs.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. No. 9) is **GRANTED**, and Plaintiffs are awarded judgment against Defendants A-Okay Plumbing Company, Incorporated, John Aholt, and Donna Aholt, in the amount of $16,863.04.

Dated this 16th day of May, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE